UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MATTHEW WAKEM,**

      **Plaintiff,**

v.        Case No.  6:23-cv-2306-CEM-UAM

**SUFII DAY SPA CORPORATION,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment ("Motion," Doc. 25). The United States Magistrate Judge issued a Report and Recommendation (Doc. 26), recommending that the Motion be granted in part, (*id.* at 17).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 26) is **ADOPTED** and made a part of this Order.

   2. Plaintiff's Motion for Default Judgment (Doc. 25) is **GRANTED in part** and **DENIED in part**.

      a. The Clerk is directed to enter **DEFAULT JUDGMENT** in Plaintiff's favor against Defendant.

      b. Plaintiff is **AWARDED** a total of $12,000.00 in statutory damages against Defendant, or alternatively, $4,000 in actual damages.

      c. Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with it, is **ENJOINED** from:

         i. Directly or indirectly infringing the Plaintiff's copyright in the Photograph titled "asp_wakem_82058.jpg," with registration number VAu 997-528;

         ii. Continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from the Photograph titled ""asp_wakem_82058.jpg," with registration number VAu 997-528, or to participate or assist in any such activity; and

      iii. Directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of the Photograph titled ""asp_wakem_82058.jpg," with registration number VAu 997-528.

  d. The remainder of the Motion is **DENIED**.

3. **On or before January 23, 2025,** Plaintiff may file a motion to request reasonable attorney fees and costs.

4. Plaintiff is **DIRECTED** to serve Defendant with a copy of the Court's Order on this Report and Recommendation at its last known address.

5. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record